**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2392**

ARCH SPECIALTY INSURANCE COMPANY,

        Plaintiff - Appellee,

    v.

TRAVIS HEDRICK,

        Defendant – Appellant,

    and

TALLEY RESTAURANTS, INC., d/b/a Inferno,

        Defendant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Thomas D. Schroeder, District Judge. (1:13-cv-00621-TDS-JLW)

Submitted: July 31, 2015        Decided: August 18, 2015

Before WYNN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gary K. Sue, Stephanie W. Anderson, BURTON, SUE & ANDERSON, L.L.P., Greensboro, North Carolina; Douglas S. Harris, Greensboro, North Carolina, for Appellant. Steven G. Janik, Crystal L. Maluchnik, JANIK L.L.P., Cleveland, Ohio; Lovic A. Brooks, III, JANIK L.L.P., Columbia, South Carolina; Richard L.

Pinto, PINTO COATES KYRE & BOWERS PLLC, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Hedrick appeals the district court's order granting summary judgment to Arch Specialty Insurance Company in this insurance case. We have reviewed the parties' briefs and the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Arch Specialty Ins. Co. v. Hedrick, No. 1:13-cv-00621-TDS-JLW (M.D.N.C. Nov. 21, 2014); see also Britt v. Hayes, 541 S.E.2d 761, 762 (N.C. Ct. App. 2001) (holding that claims of battery and negligence are compatible). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3